```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY


YORK INTERNATIONAL CORPORATION:
et al                          :
                               :          Civil 09-3546 (WHW)
          v.                   :
                               :              ORDER
YORK HVAC SYSTEMS CORP, et al  :
                               :
```

It appearing that a notice of call for dismissal pursuant to Rule 41.1(a) has been filed in error,

It is on this 14th day of February 2011,

O R D E R E D  that the notice of call for dismissal be withdrawn.


                                      S/ William H. Walls
                                      _____
                                      WILLIAM H. WALLS
                                      United States Senior Judge